1  Michael S. Agruss (SBN: 259567)
   KROHN & MOSS, LTD.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x235
   Fax: 866-620-2956
4  magruss@consumerlawcenter.com
   Attorneys for Plaintiff,
5  PATRICIA NEWHARD

6  Stephen A. Scott (SBN: 67467)
   HAYES SCOTT BONINO
7  203 Redwood Shores Parkway, Suite. 480
   Redwood Shores, CA 94065
8  Tel: 650-637-9100
   Fax: 650-637-8071
9  sscott@hayesscott.com
   Attorney for Defendant,
10 I.C. SYSTEM, INC.

11                **UNITED STATES DISTRICT COURT**
                  **EASTERN DISTRICT OF CALIFORNIA**
12                        **REDDING DIVISION**

13 PATRICIA NEWHARD,                ) Case No.: 2:10-cv-00800-FCD-CMK
                                    )
14         Plaintiff,               )
                                    ) **ORDER GRANTING PARTIES' JOINT**
15     v.                           ) **STIPULATION TO AMEND**
                                    ) **COMPLAINT**
16 I.C. SYSTEM, INC.,               )
                                    )
17         Defendant.               )
                                    )

18

19     Parties' Joint Stipulation to Amend Complaint is GRANTED.  **Plaintiff shall file their**

20 **First Amended Complaint**.

21     **IT IS SO ORDERED.**

22

23 DATED:  July 30, 2010                    _____
                                            FRANK C. DAMRELL, JR.
24                                          UNITED STATES DISTRICT JUDGE

25

- 1 -